# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY SETO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-1135 |
| ) | Judge Aleta A. Trauger |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the court is a Motion for Summary Judgment (Docket No. 41) filed by the defendant, to which the plaintiff has filed a Response in Opposition (Docket No. 47), and the defendant has filed a Reply (Docket No. 48). In support of the Response, the plaintiff has submitted evidence relating to the opinions of two purported experts, Alan J. Blackwell and Dr. Carl D. Lundin. (Docket Nos. 47-2 & 47-6.) This evidence is not in a form the court can consider on summary judgment, however, as it is either inadmissible or does not provide the court with sufficient information regarding the purported expert's qualifications and methods. Accordingly, if the plaintiff wishes the court to consider the opinions of Mr. Blackwell and Dr. Lundin in ruling on the defendant's Motion for Summary Judgment, he is hereby **ORDERED** to file evidence relating to those opinions in a form that can properly be considered by the court on summary judgment by May 26, 2017.

It is hereby **ORDERED**.

Enter this 12th of May 2017.

_____
ALETA A. TRAUGER
United States District Judge

1